428 A.2d 975

**COMMONWEALTH of Pennsylvania**

v.

**Charles W. SLAUGHTER, Appellant.**

Supreme Court of Pennsylvania.

Argued April 22, 1981.

Decided May 5, 1981.

George J. D'Ambrosio, West Chester, for appellant.

Robert B. Lawler, Paul Diamond, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

The order and judgment of sentence of the Court of Common Pleas of Philadelphia are affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.